UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2BCOM, LLC,

      Plaintiff,

v.

                                  Case Number: 8:22-cv-400-WFJ-SPF

WALMART, INC.,

      Defendant.
_____/

## JOINT NOTICE OF PENDING SETTLEMENT

Plaintiff, 2BCOM, LLC, and Defendant, Walmart, Inc., (collectively hereafter "the Parties"), by and through the undersigned counsel and pursuant to Local Rule 3.09(b), hereby notify the Court that the parties have tentatively reached a resolution of this case. The Parties request thirty (30) days in which to finalize the settlement and file a voluntary or stipulated dismissal, or to pursue or reopen the case for further proceedings.

Dated this 4th day of October, 2022.   Respectfully submitted,

/s/ Zoe Bernstein
Zoe Bernstein
Florida Bar No. 1003837
zoe@zoebernsteinlaw.com
Zoe Bernstein Law PLLC
2255 Glades Road, Suite 324A
Boca Raton, FL 33431
Tel: (305) 908-8908

Counsel for Plaintiff

/s/ Michael J. Colitz, III
Michael J. Colitz, III
Trial Counsel
Florida Bar No. 164348
michael.colitz@gray-robinson.com
Emily M. Heim
Florida Bar No. 1015867
emily.heim@gray-robinson.com
GRAYROBINSON, P.A.
401 E. Jackson Street, Suite 2700
Tampa, FL 33602

>Tel: (813) 273-5000
>Fax: (813) 273-5145
>Secondary email:
>leanna.copeland@gray-robinson.com
>
>Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a copy to all counsel of record.

>*/s/ Michael J. Colitz, III*
>Michael J. Colitz, III

#48505820 v1